**Motion Granted; Continuing Abatement Order filed November 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00810-CV
_____

### IN RE MICROWAVE NETWORKS INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733-A**

## CONTINUING ABATEMENT ORDER

On November 12, 2019, the parties filed an agreed motion to abate this case for an additional period of 10 days. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **November 22, 2019**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate

motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.